| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |   |
|---|---|
| Andrew B. Downs (111435)<br>Bullivant Houser Bailey PC<br>101 Montgomery St., Suite 2600<br>San Francisco, CA 94104<br>Tel: 415.352.2700<br>Fax: 415.352.2701<br>E-Mail: andy.downs@bullivant.com |   |
| ATTORNEY(S) FOR: Defendant Lexington Insurance Company |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARUSO MANAGEMENT COMPANY, LTD., et al.<br><br>Plaintiff(s),<br>v.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-09449-FMO-PDx<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  defendant Lexington Insurance Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Lexington Insurance Company | Defendant |
| American International Group, Inc. | Publicly Traded ultimate corporate parent of Lexington Insurance Company |

November 21, 2024                          /s/ Andrew B. Downs
Date                                       Signature
                                           Andrew B. Downs

                                           Attorney of record for (or name of party appearing in pro per):

                                           Defendant Lexington Insurance Company

CV-30 (05/13)                       **NOTICE OF INTERESTED PARTIES**